UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR INDEMNITY & LIABILITY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>ROSS ISLAND SAND & GRAVEL CO.,<br><br>      Defendant. | Case No.   2:24-cv-3680 DAD CKD<br><br>**AMENDED JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in favor of plaintiff Starr Indemnity & Liability Insurance Company and against defendant Ross Island Sand & Gravel Co. in the total amount of $1,049,077 in accordance with the court's order docketed on 09/16/25.

May 12, 2026

KEITH HOLLAND, CLERK

By: /s/ K. Lopez , Deputy Clerk